United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 9, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-41593
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TIMOTHY RINEHART

Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
(04-CR-82)
---------------------

Before HIGGINBOTHAM, BENNAVIDES and DENNIS, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the appellee's motion to vacate the district court judgment and remand the case is granted for sentencing anew. Defendant shall be given the opportunity to withdraw his plea.

IT IS FURTHER ORDERED that the appellee's alternative motion for extension of time to file appellee's brief until 20 days

_____

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

from denial of motion to vacate and remand is denied as unnecessary.